1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FRANK J. BERALDO,                                          )          3:04-cv-0588-JCM (RAM)
                                                                      )
       Petitioner,                           )          **ORDER**
                                                                      )
   vs.                                                   )
                                                                      )
                                                                      )
CRAIG FARWELL, et al.,                               )
                                                                      )
      Respondents.                         )
_____)

      Respondents' Motion (#35) to file late pleading and motion (#36) for enlargement of time are GRANTED, such that Respondents may file a late reply on or before February 22, 2006.

      DATED:  January 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE